IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 8:10CV00262 |
| ) | |
| QUIKTRIP CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## UNOPPOSED MOTION TO ENTER CONSENT DECREE

The parties have resolved this matter by way of a Consent Decree attached to the Plaintiff's Index of Evidentiary Material in support of this motion. In light of the agreement of the parties, memorialized by signatures at pages 32-34 of the Consent Decree, the United States respectfully requests that this Court enter the Consent Decree by signing the Consent Decree at page 32.[1]

Respectfully submitted, this 15th day of July 2010.

    ERIC H. HOLDER, JR.
    Attorney General of the United States

    THOMAS E. PEREZ
    Assistant Attorney General

    SAMUEL R. BAGENSTOS
    Principal Deputy Assistant Attorney General
    Civil Rights Division

---

[1] Because this Motion does not raise a substantial issue of law as defined in NECivR 7.0.1(a)(1)(B), no memorandum of law is filed in conjunction with the Motion as authorized by that Rule.

2

                JOHN L. WODATCH, Chief
                PHILIP L. BREEN, Special Legal Counsel
                Disability Rights Section

By:      s/ JEANINE M. WORDEN
           JEANINE M. WORDEN, Deputy Chief
           Virginia Bar No. 29754
           Disability Rights Section (NYA)
           U.S. Department of Justice
           950 Pennsylvania Ave., N.W.
           Washington, D.C. 20530
           Telephone: (202) 353-9875
           Fax: (202) 514-7821
           E-mail: Jeanine.Worden@usdoj.gov

           s/ DOV LUTZKER
           DOV LUTZKER, Special Counsel
           California Bar 185106
           Disability Rights Section (NYA)
           U.S. Department of Justice
           950 Pennsylvania Ave., N.W.
           Washington, D.C. 20530
           Telephone: (202) 514-5746
           Fax: (202) 514-7821
           E-mail: Dov.Lutzker@usdoj.gov

           s/WILLIAM F. LYNCH
           WILLIAM F. LYNCH, Trial Attorney
           Virginia Bar No. 71226
           Disability Rights Section (NYA)
           U.S. Department of Justice
           950 Pennsylvania Ave., N.W.
           Washington, D.C. 20530
           Telephone: (202) 305-2008 (Lynch)
           Fax: (202) 514-7821
           E-mail: William.Lynch@usdoj.gov

                DEBORAH R. GILG
                United States Attorney
                District of Nebraska

By:     s/LAURIE A. KELLY
           LAURIE A. KELLY, MA Bar 557575
           Assistant United States Attorney
           1620 Dodge Street, Suite 1400
           Omaha, Nebraska 68102-1506
           Telephone:  (402) 661-3700
           Fax:          (402) 661-3081
           E-mail:      laurie.kelly@usdoj.gov

           Attorneys for Plaintiff
           United States of America

## CERTIFICATE OF SERVICE

  I hereby certify that on July 15, 2010, I electronically filed the foregoing Unopposed Motion to Enter Consent Decree with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:  NONE, and hereby certify that I have mailed the document by United States Postal Service, certified mail, to the following non-CM/ECF participant and notice was given via e-mail:

ROBERT L. DUSTON
Saul Ewing, LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
Telephone: 202-342-3415
Fax: 202-295-6710
E-Mail: RDuston@saul.com

Counsel for Defendant QuikTrip Corporation

              s/ LAURIE A. KELLY
              LAURIE A. KELLY
              Assistant United States Attorney